1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH G. ALCALA,

11          Petitioner,                    No. 2:10-cv-3448 JFM (HC)

12       vs.

13   MIKE MARTEL, Warden, et al.,

14          Respondents.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, filed a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254 on December 27, 2010.  Petitioner seeks to supplement his

18   petition with two exhibits.  Good cause appearing, IT IS HEREBY ORDERED that petitioner's

19   motion is granted.

20   DATED: May 25, 2011.

21

22                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
23

24   /014;alca3448.jo

25

26

                                                1